UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| JOHN T. MILLER,<br><br>     Plaintiff,<br><br>v.<br><br>KEVIN CROCKETT,<br><br>     Defendant. | **ORDER ON PRETRIAL MOTIONS**<br><br>Case No. 2:20-cv-00210-DBB<br><br>District Judge David Barlow |

On December 5, 2025, the parties participated in a Final Pretrial Conference before the court in which counsel for both sides was present.[1] The court considered the parties' briefing and oral argument for several motions in limine. For the reasons stated on the record:

- Motions in limine [115] and [125] are GRANTED;

- Motions in limine [127], [129], and [130] are GRANTED IN PART AND DENIED IN PART;

- Motions in limine [114] and [131] are DENIED;

- Motion in limine [124] is DENIED with further instructions given on the record;

- Motion in limine [126] is DENIED without prejudice;

- Motion in limine [128] is DENIED as moot;

- Motion in Limine [132] was taken under advisement.

---

[1] Minute Entry Final Pretrial Conference, ECF No. 173, entered Dec. 5, 2025.

1

The court also considered the parties' oral argument on Plaintiff's [168] Motion to Allow Plaintiff to Appear in Civilian Clothes and Without Restraints.[2] For the reasons stated on the record, Motion [168] is GRANTED.

Signed December 5, 2025.

BY THE COURT

_____
David Barlow
United States District Judge

2